UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LANDEROS,        )<br>                              )<br>    Petitioner,          )<br>                              )<br>    v.                       )<br>                              )<br>SOLEDAD STATE PRISON,    )<br>                              )<br>    Respondent.         )<br>_____) | 1:03-cv-06830-REC-TAG HC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATIONS<br>(Doc. 17)<br><br>ORDER DISMISSING THIRD AMENDED PETITION FOR WRIT OF HABEAS CORPUS<br>(Doc. 12)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 4, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendations recommending that the third amended petition for writ of habeas corpus be DISMISSED for failure to file the original Petition within the one-year time period provided for in 28 U.S.C. § 2244(d)(1), for lack of jurisdiction, and for failure to exhaust state court remedies. (Doc. 17). The Report and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. On January 28, 2005, Petitioner timely filed objections to the Magistrate Judge's Report and Recommendations. (Doc. 18).

1 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

   1. The Report and Recommendations issued January 4, 2005 (Doc. 17), are ADOPTED IN FULL;

   2. The third amended petition for writ of habeas corpus (Doc. 12), is DISMISSED; and

   3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent.

IT IS SO ORDERED.

**Dated:  December 16, 2005**            /s/ Robert E. Coyle
668554                                   UNITED STATES DISTRICT JUDGE