IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LANDEROS,<br><br>  Petitioner,<br><br>  vs.<br><br>SOLEDAD STATE PRISON,<br><br>  Respondent. | No. CV-F-03-6830 REC/TAG<br><br>ORDER DECLINING TO ISSUE<br>CERTIFICATE OF APPEALABILITY |

The court hereby declines to issue a certificate of appealability, the court concluding that petitioner has not made a substantial showing of the denial of a constitutional right. IT IS SO ORDERED.

**Dated: January 9, 2006**          **/s/ Robert E. Coyle**
668554                              UNITED STATES DISTRICT JUDGE

1